NO. 07-11-0436-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

NOVEMBER 16, 2011

_____

EDGAR HERNANDEZ, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE 287TH DISTRICT COURT OF BAILEY COUNTY;

NO. 2675-A; HONORABLE GORDON HOUSTON GREEN, JUDGE

_____

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

**MEMORANDUM OPINION**

Pursuant to a plea of guilty, Appellant, Edgar Hernandez, was convicted of burglary of a habitation. Punishment was assessed at ten years, suspended in favor of community supervision. Pending before this Court is Appellant's *Motion to Dismiss Appeal* in which he represents that he wishes to withdraw his notice of appeal and dismiss this appeal. As required by Rule 42.2(a) of the Texas Rules of Appellate Procedure, the motion is signed by Appellant and his attorney. No decision of this Court

having been delivered, the motion is granted and the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.

Patrick A. Pirtle
Justice

Do not publish.